IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  12-cr-00444-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY LYNN HOPSON,

        Defendant.

_____

ORDER
_____

As more fully stated on the record in open court today, I declared this case complex – pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) – in my order dated December 18, 2012 [Doc #23] and, as such, the running of the deadlines established by the Speedy Trial Act (18 U.S.C. §§ 3161-3174) are tolled at this time.

A further status and scheduling hearing is set for **Thursday, June 20, 2013 at 9:00 am.**

Dated: April 17, 2013 in Denver, Colorado.

                                                    BY THE COURT:

                                                      s/Lewis T. Babcock
                                                    Lewis T. Babcock, Judge