IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  12-cr-00444-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY LYNN HOPSON,

        Defendant.

_____

ORDER
_____

THIS MATTER coming before the Court based on a joint motion by the parties for entry of a stipulated order of protection, the Court enters the following findings and order:

1. Because of the nature of the charges, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, including § 3509(m), apply to this case. Under that provision, any property or material that constitutes child pornography shall remain in the care, custody, and control of either the Government or the Court.

2. The defendant will be relying upon a computer forensic examiner to review computer evidence in this case, which contains child pornography.  Here, the Government has made arrangements for the examiner's review of the computer evidence during normal business hours at a government facility, namely, the office of the Department of Homeland Security in Greenwood Village, Colorado.

3. The parties jointly request the entry of an order of protection pursuant to 18 U.S.C. § 3509(m).

4. Good cause appearing, the Court hereby orders that:

   a. The examiner, Mr. Gene Jones, will have access to the computer storage material at the Department of Homeland Security office in Greenwood Village, Colorado, during the normal business hours of that office, and upon advance notice of not less than 24 hours.

   b. The examiner, Mr. Gene Jones, will not knowingly remove any material from the computer storage media made available for his review at the Department of Homeland Security office.

   c. The digital media produced by the Government under this agreement will be used solely for the purpose of this criminal proceeding and for no other purpose. Persons having access to this digital media and the information it contains shall not reproduce, duplicate, or copy this material in any manner other than in relation to this case.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: April 23, 2013