IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No.  12-cr-00444-LTB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  GREGORY LYNN HOPSON,

 Defendant.

_____

ORDER
_____

 As further set forth on the record at the hearing held on June 20, 2013, IT IS HEREBY ORDERED as follows:

 1.  Defendant's pretrial motions are due on or before October 24, 2013, and the Government's responses to any motions filed by Defendant are due on or before December 19, 2013;

 2.  A further status and scheduling hearing is set for September 18, 2013 at 8:30 a.m.;

 3.  A second status and scheduling hearing is set for January 16, 2014 at 9:00 a.m.; and

 4.  Based on my findings on the record declaring this case complex, the period of time until the January 16, 2014 status and scheduling hearing shall be excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii).

Dated: June   20  , 2013, in Denver, Colorado.

            BY THE COURT:

             s/ Lewis T. Babcock
            LEWIS T. BABCOCK, JUDGE