IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  12-cr-00444-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY LYNN HOPSON,

        Defendant.

_____

ORDER
_____


As set forth on the record during the September 30, 2013 status/scheduling conference hearing, and for the reasons stated on the record today in open court, it is HEREBY ORDERED THAT:

(1) In light of the Superceding Indictment returned on September 25, 2013, and my findings that my previous end-of-justice rulings declaring this case complex, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), are still relevant and pertain to this matter, the Government shall file a motion seeking to exclude time from the limitations in the Speedy Trial Act as set forth in 18 U.S.C. § 3161(h)(7)(A).

(2) The defense's pretrial motions are due on or before December 30, 2013. The Government's responses are due on or before January 30, 2014. The defense's replies are due on or before February 10, 2014.

      (3)    The status/schedule conference hearing currently set for January 16, 2014 is VACATED, and a new status/scheduling conference is set for Tuesday, February 11, 2014 at 9:00 AM.

Dated: October   1  , 2013 in Denver, Colorado.

                                      BY THE COURT:

                                        s/Lewis T. Babcock  
                                      LEWIS T. BABCOCK, JUDGE