IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00444-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. GREGORY LYNN HOPSON,

  Defendant.

_____

ORDER REGARDING THE EXCLUSION OF TIME PURSUANT TO 18 U.S.C. § 3161
_____

  During a status hearing on September 30, 2013, the defendant requested the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161. The United States did not oppose the defendant's motion but requested an order making formal written findings in support of the exclusion of time. The United States filed a written motion in support of its request. For the reasons stated below, the motion to exclude time is hereby granted.

  This case involves almost 5,900 items of discovery, to include compact discs that contain voluminous material. The case also involves multiple electronic devices that require forensic examination by the defense to prepare for motions and trial. On September 30, 2013, the defendant was arraigned on a Superseding Indictment that added a charge. That charge relies on evidence from newly obtained evidence, including an additional computer and multiple discs, requiring forensic analysis. This adds to the volume and complexity of discovery in this case. Even prior to that

additional charge and the presence of additional electronic evidence requiring a forensic review, the Court found the case was complex and excluded time through the motions deadline previously scheduled for January 16, 2014.  The nature of the discovery and need for a protective order continue to add to the complexity of the case.  The new motions deadline is December 30, 2014, with a status hearing on February 11, 2014.

The "ends of justice served by" excluding time "outweigh the best interest of the public and the defendant in a speedy trial".  See 18 U.S.C. §3161(h)(1)-(7).  In particular, this Court finds that the failure to grant the defendant's request to exclude time would deprive the defendant of adequate time to prepare and thus result in a miscarriage of justice.  In addition, the case is so unusual or so complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for trial within the time limits established by the Speedy Trial Act.  In addition, failure to exclude additional time would deny counsel for the defendant the reasonable time he requests as necessary for effective preparation, taking into account the exercise of due diligence.  Finally, this case appears likely to raise novel legal issues.

Accordingly, all time through status hearing scheduled for February 11, 2014, is excluded.

Dated this __3rd__ day of October, 2013.

> BY THE COURT:
>
>   s/Lewis T. Babcock
> LEWIS T. BABCOCK, JUDGE
> UNITED STATES DISTRICT COURT
> DISTRICT OF COLORADO