IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  12-cr-00444-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY LYNN HOPSON,

        Defendant.

_____

ORDER
_____

As set forth on the record during the April 3, 2014 status/scheduling hearing in this matter, it is HEREBY ORDERED THAT:

1.  The Government shall file a written response to the following motions filed by the defense, **on or before April 17, 2014**:  Motion for Discovery [Doc #25]; Motion for Order Requiring Government to Provide Copies of Evidence for Defense for Confidential Examination [Doc #26]; and Supplemental Motion for Discovery [Doc #67];

2.  The Defense shall file a written reply to the Government's Response to Defendant's Motion to Suppress [Doc #65] **on or before April 17, 2014**; and

3.  Oral arguments on the pending defense motions [Docs #25, 26, 58 & 67] are set for **Tuesday, April 29, 2014 at 10:00 AM.**

Dated:  April   3  , 2014 in Denver, Colorado.

                                    BY THE COURT:

                                     s/ Lewis T. Babcock
                                    LEWIS T. BABCOCK, JUDGE