IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  12-cr-00444-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY LYNN HOPSON,

        Defendant.

___

ORDER
___

As set forth on the record during the April 29, 2014 hearing in this matter, I DENY AS MOOT, the following discovery motions filed by Defendant: 1) Motion for Discovery [**Doc #25**]; 2) Motion for Order Requiring Government to Provide Copies of Evidence for Defense for Confidential Examination [**Doc #26**]; and 3) Supplemental Motion for Discovery [**Doc #67**], EXCEPT as to the Government's continued duty to disclose information favorable to the accused pursuant to the rulings in *Brady v. Maryland*, 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963) and *Giglio v. United States*, 405 U.S. 150, 92 S.Ct. 763, 31 L.Ed.2d 104 (1972), both generally, as well as specifically as to the issue of Agent Melissa Coffey's credibility in any potential hearing under *Franks v. Delaware*, 438 U.S. 154, 155, 98 S.Ct. 2674, 57 L.Ed.2d 667 (1978).

Dated:  April   30  , 2014 in Denver, Colorado.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              LEWIS T. BABCOCK, JUDGE