IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  12-cr-00444-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY LYNN HOPSON,

        Defendant.

_____

ORDER
_____

As set forth on the record during the June 12, 2014 status/scheduling hearing in this matter, it is HEREBY ORDERED THAT:

1.  The Government shall file its Designation of Expert Witness and Disclosures **on or before June 26, 2014;** the Defense shall file any challenges to the Government's designated experts, pursuant to Fed. R. Evid. 702, **on or before July 10, 2014**; and the Government may file its Response(s) **on or before August 8, 2014**;

2. The Defense shall file its Designation of Expert Witness and Disclosures **on or before July 17, 2014;** and the Government shall file any challenges to the Defense's desginated experts, pursuant to Fed. R. Evid. 702, **on or before August 8, 2014**;

3. The Government may file its Designation of Rebuttal Expert Witness and Disclosures, if any, **on or before August 8, 2014;**

4.  A Status/Scheduling Conference is set for **Tuesday, August, 26, 2014, at 9:00 AM;**

     5.  A Preliminary Trial Preparation Conference is set for **Thursday, September 18, 2014, at 9:00 AM**; and

     6.  A three-week jury trial is set to commence on **Monday, October 20, 2014.**

Dated:  June   13  , 2014,  in Denver, Colorado.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              LEWIS T. BABCOCK, JUDGE