IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00444-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GREGORY LYNN HOPSON

    Defendant.

___

## ORDER
___

    THIS MATTER coming before the Court upon motion of the Government to enter an order of protection enters the following findings and order:

    1.    Due to the nature of the charges, the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, including § 3509(m), apply to this case.  Under that provision, any property or material that constitutes child pornography shall remain in the care, custody, and control of either the Government or the Court.

    2.    The defendant has retained a computer forensic examiner to review computer evidence in this case, which contains child pornography.  Here, the Government has made arrangements for the examiner's review of the computer evidence at a government facility, namely, the computer forensic lab ("lab"), at the offices of Immigration and Customs Enforcement, Department of Homeland Security Investigations, Centennial Colorado, ("ICE") during normal business hours.

3. The Defendant does not object to the entry of an order of protection pursuant to 18 U.S.C. § 3509(m).

4. Good cause appearing, the Court hereby orders that:

a. The examiner, Mr. Robert Byrnes, will have access to the computer storage material relevant to this case at the lab during business hours of that lab, and upon advance notice of not less than 24 hours. Counsel for Defendant may accompany Mr. Byrnes during his visits.

b. Neither the examiner, Mr. Robert Byrnes, nor Counsel for Defendant will knowingly copy or remove from the lab any child pornography. Mr. Byrnes may copy and remove files that are not child pornography. However, before Mr. Byrnes may remove those files from the lab, an ICE forensic examiner who is not a member of the prosecution team may cursorily review any files Mr. Byrnes wishes to remove to ensure the absence of child pornography. Also, upon the conclusion of the review, Mr. Byrnes and an ICE forensic examiner who is not a member of the prosecution's team will ensure that any forensic equipment used to conduct the review is likewise free of child pornography.

c. The digital media produced by the Government under this agreement will be used solely for the purposes of this criminal proceeding and for no other purpose. Persons having access to this digital media and the information it contains shall not reproduce, duplicate, or copy this material in any manner other than in relation to this case.

BY THE COURT:

s/Lewis T. Babcock
Hon. Lewis T. Babcock
U.S. District Court Judge

DATED: July 24, 2014