IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  12-cr-00444-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY LYNN HOPSON,

        Defendant.
_____

ORDER
_____

As set forth on the record in open court during the Status/Scheduling Conference on August 26, 2014, it is HEREBY ORDERED THAT:

1.  The Government shall file with the Court its response to the Motion to Clarify the Court's May 29, 2014 Ruling [Doc #96] on or before **September 5, 2014**.

2.  The Preliminary Trial Preparation Conference set for **Thursday, September 18, 2014 at 9:00 A.M.** is VACATED and RESET as a Further Status and Scheduling Conference.

3.  The Preliminary Trial Preparation Conference is RESET for **Tuesday, September 30, 2014 at 9:00 A.M.**  In anticipation of this conference, the parties shall file with the court, and provide to the opposing counsel, the following **on or before September 24, 2014**:

    A.  The Government shall file: its set of proposed jury instructions with supporting authority citations; its proposed witness and exhibit lists; and any proposed *voir dire* questions.  In addition, the Government may file a concise trial brief highlighting any specific evidentiary issues anticipated to arise at trial.

      B.  The Defense shall file: any proposed special jury instructions with supporting authority citations; its proposed witness and exhibit lists; and any proposed *voir dire* questions.  In addition, the Defense may file a concise trial brief highlighting any specific evidentiary issues anticipated to arise at trial.

These submissions will be provided to chambers in hard copy form, as well as emailed to babcock_chambers@cod.uscourts.gov.

    4.  The Government shall file with the Court its response to the arguments raised by the Defense in its Objection to the Government's Amended Notice of Intent to Introduce Evidence under Fed. R. Evid. 414 [Doc #95] on or before **October 10, 2014**.

    5. A Motions Hearing is SET on Government's Amended Notice of Intent to Introduce Evidence under Fed. R. Evid. 414 [Doc #94], and the Defense's Objections thereto [Doc #95], on **Monday, October 20, 2014 at 9:00AM**.

    6.  The three-week jury trial previously scheduled to commence on Monday, October 20, 2014 is VACATED and RESET to commence on **Monday, November 17, 2014 at 9:00 am.**

    In so doing, I find that in light of the pending issues discussed at the Status/Scheduling Conference on August 26, 2014 – including the pending pretrial motions from the Defense (seeking the exclusion of evidence under Fed. R. Evid 702 and Fed. R. Evid 414, as well as the suppression of search warrant evidence) which will require further argument and possible evidentiary hearings; the on-going negotiations about potential evidentiary stipulations; and the possibility that the Government may file a second superceding indictment adding an additional charge of Transportation of Child Pornography – I find that it is unreasonable to expect adequate preparation for trial prior to the newly-scheduled trial date of November 17, 2014.  As such, I conclude that the ends-of-justice are served by declaring this case complex under 18 U.S.C. §3161(h)(7)(B)(ii) and, as a result, I exclude the time period from August 26, 2014 through

November 17, 2014 from the speedy trial clock calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated:  August __28__, 2014 in Denver, Colorado.

                              BY THE COURT:

                              __s/Lewis T. Babcock_____
                              LEWIS T. BABCOCK, JUDGE