**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 12-cr-00444-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GREGORY LYNN HOPSON,

    Defendant.

---

**ORDER**

---

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same,

IT IS HEREBY ORDERED that the defendant be granted an additional one-level decrease in the offense level this  23rd  day of  December , 2014.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Hon. Lewis T. Babcock
                              District Court Judge