**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 12-cr-00444-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GREGORY LYNN HOPSON,

    Defendant.

**ORDER**

THIS MATTER coming before the Court upon motion of the government to dismiss **Counts 1-8, 11-15 AND 17** of the Superseding Indictment, and the Court having considered the same,

IT IS HEREBY ORDERED that pursuant to the terms of the Plea Agreement, **Counts 1-8, 11-15 and 17** of the Superseding Indictment are dismissed this  23rd  day of  December , 2014.

BY THE COURT:

s/Lewis T. Babcock
Hon. Lewis T. Babcock
District Court Judge