IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00444-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GREGORY LYNN HOPSON,

      Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.  The Court having read said Motion and being fully advised in the premises finds:

On September 29, 2014, the United States and defendant Hopson entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. 115).

THAT the requisite nexus exists between the following property and the violations of 18 U.S.C. § 2252A(a)(1) and (b)(1), and 18 U.S.C. § 2252A(a)(5)(B) and (b)(1), relating to Counts Nine, Ten, and Sixteen of the Superseding Indictment, to which defendant Hopson plead guilty:

a.      Dell Inspiron Desktop computer containing a 750GB Western

Digital hard drive;

b.      SanDisk Cruzer 8GB hard drive;

c.      Various CD ROMs and DVDs;

d.      Quantum 20 GB hard drive;

e.      SanDisk 320 GB hard drive;

f.      Seagate 40 GB hard drive;

g.      SanDisk 512 MB hard drive;

h.      PNY 8 GB hard drive;

i.      Toshiba PA1224UV laptop computer containing a 814MB Toshiba

hard drive; and

j.      Computer storage devices and cameras.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the following:

a.      Dell Inspiron Desktop computer containing a 750GB Western

Digital hard drive;

b.      SanDisk Cruzer 8GB hard drive;

c.      Various CD ROMs and DVDs;

d.      Quantum 20 GB hard drive;

> e.    SanDisk 320 GB hard drive;
>
> f.    Seagate 40 GB hard drive;
>
> g.    SanDisk 512 MB hard drive;
>
> h.    PNY 8 GB hard drive;
>
> i.    Toshiba PA1224UV laptop computer containing a 814MB Toshiba hard drive; and
>
> j.    Computer storage devices and cameras,

is forfeited to the United States in accordance with 18 U.S.C. § 2253.   Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(c)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this  23rd  day of   December  , 2014.

BY THE COURT:


s/Lewis T. Babcock
LEWIS T. BABCOCK
U.S. District Court Senior Judge