IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case  No. 12-cr-00444-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    GREGORY LYNN HOPSON,

      Defendant.

---

## ORDER

---

THIS MATTER coming before the Court upon motion of the government, and the Court having considered the same,

IT IS HEREBY ORDERED that Page 5 of the existing Judgment (Doc. 138) be restricted to a Level 1.  The Court further orders that the Judgment in this case be amended to reflect the Order of this Court that the Payee of restitution ordered in this case shall be only the Crime Victim Compensation Program.  The amended Judgment shall be docketed without restriction; however, page 5 of Doc. 138 shall remain under restriction at Level 1.

So ORDERED this __6th__ day of January, 2015.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock
District Court Judge