IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00444-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY LYNN HOPSON,

    Defendant.

_____

FINAL ORDER OF FORFEITURE
_____

    THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

    THAT the United States commenced this action pursuant to 18 U.S.C. § 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure, as set forth in the Superseding Indictment returned on September 25, 2013;

    THAT a Preliminary Order of Forfeiture was entered on December 23, 2014;

    THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

    THAT the time for any third parties to file a petition expired on February 28, 2015;

    THAT as of March 2, 2015 no Petition for Ancillary Hearing has been filed by any petitioner;

    THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of

- a. Dell Inspiron Desktop computer containing a 750GB Western Digital hard drive;
- b. SanDisk Cruzer 8GB hard drive;
- c. Various CD ROMs and DVDs;
- d. Quantum 20 GB hard drive;
- e. SanDisk 320 GB hard drive;
- f. Seagate 40 GB hard drive;
- g. SanDisk 512 MB hard drive;
- h. PNY 8 GB hard drive;
- i. Toshiba PA1224UV laptop computer containing a 814MB Toshiba hard drive; and
- j. Computer storage devices and cameras;

shall enter in favor of the United States pursuant to 18 U.S.C. § 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure, free from the claims of any other party;

THAT the United States shall have full and legal title to the above referenced forfeited property and may dispose of it in accordance with law;

SO ORDERED this   3rd   day of      March     , 2015.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK  
U.S. District Court Senior Judge